Commonwealth ex rel. Hall, Appellant, v. Maroney.

Submitted December 13, 1965. *Thomas Hall*, appellant, in propria persona; *Joseph M. Smith*, Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.